# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Casson Coward                    Docket No. 4:16-CR-64-1D

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Casson Coward, who upon an earlier plea of guilty to Conspiracy to Transport Minors in Interstate Commerce to Engage in Prostitution, in violation of 18 U.S.C. § 2423(a) and (e), was sentenced by the Honorable Renee M. Bumb, United States District Judge for the District of New Jersey, on August 4, 2008, to the custody of the Bureau of Prisons for a term of 125 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for life.

Casson Coward was released from custody on July 1, 2016, at which time the term of supervised release commenced.

Jurisdiction was transferred to the Eastern District of North Carolina on November 7, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a result of Mr. Coward's instant offense, he is required to register under Megan's Law in the state of North Carolina for a period of 10 years. Given his registration status and the nature of the instant offense, it is respectfully recommended that the conditions of supervised release be modified to include an assessment with a sexual offender specific treatment provider.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: February 22, 2017 |

Casson Coward
Docket No. 4:16-CR-64-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

__/s/ J. C. Dever__
James C. Dever III
Chief U.S. District Judge