UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Casson Coward　　　　　　　　　　　　　　　　　　Docket No. 4:16-CR-64-1D

## Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Casson Coward, who upon an earlier plea of guilty to Conspiracy to Transport Minors in Interstate Commerce to Engage in Prostitution, in violation of 18 U.S.C. § 2423(a) and (e), was sentenced by the Honorable Renee Marie Bumb, United States District Judge for the District of New Jersey, on August 4, 2008, to the custody of the Bureau of Prisons for a term of 125 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for life.

Casson Coward was released from custody on July 1, 2016, at which time the term of supervised release commenced.

Jurisdiction was transferred to the Eastern District of North Carolina on November 7, 2016.

Supervision conditions were modified on February 23, 2017, to require the defendant to submit to a sexual offender specific assessment.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 22, 2017, a Petition for Action on Supervised Release was submitted to the court requesting that the conditions of supervised release be modified to include participation in an assessment with a sexual offender specific treatment provider. That assessment was completed on April 3, 2017, at which time group treatment sessions were recommended. Given this information, it is respectfully requested that the conditions of supervised release be modified to include participation in the recommended treatment program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Except as herein modified, the judgment shall remain in full force and effect.

Casson Coward
Docket No. 4:16-CR-64-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: June 20, 2017

### ORDER OF THE COURT

Considered and ordered this __22__ day of __June__, 2017, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge